UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff            )    1:06-CR-134 OWW
                                 )
    v.                           )
                                 )    ORDER FOR MENTAL EXAMINATION
QUENTIN JACKSON,                 )
                                 )
            Defendant            )
_____)

    Pursuant to 18 USC 4241 it is ordered that a mental examination be conducted on QUENTIN JACKSON, 0606010, JID 121149, to determine his mental competency to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

    It is further ordered that a report be prepared and provided to the Court after the examination.

Dated: 2/7/07                         /s/ Oliver W. Wanger
                                      _____
                                      OLIVER W. WANGER
                                      United States District Judge

1