**JOAN JACOBS LEVIE, #179787**
**LAW OFFICES OF JOAN JACOBS LEVIE**
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE:  (559) 498-8165

Attorney for Defendant, QUENTIN JACKSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) CASE NO. CR-F-06-0134 OWW |
| **Plaintiff,** | ) **MOTION FOR APPOINTMENT AS APPELLATE COUNSEL; PROPOSED ORDER** |
| vs. | ) |
| QUENTIN JACKSON, | ) |
| **Defendant.** | ) |

I, JOAN JACOBS LEVIE, a member of the Eastern District Criminal Justice Panel, was selected by the panel administrator to represent Quentin Jackson in the appeal of his conviction in the instant case.  I accepted the selection and attended the initial sentencing hearing on February 25, 2008, at which time sentencing was interrupted and a status conference was set for March 3, 2008.  The Court advised me that it was not necessary for me to attend the status conference.

On March 3, 2008, the actual sentencing took place.  I was not notified and was not present. The Court and defense counsel, Jeffrey Hammerschmidt, were under the impression that the court previously appointed me to represent Mr. Jackson on appeal.  The court advised defense counsel Hammerschmidt to contact me and remind me that I needed to prepare and timely file the notice of appeal.

//

-1-

PDF created with pdfFactory trial version www.pdffactory.com

I accept the appointment and respectfully request the court to issue an order authorizing me to replace Mr. Hammerschmidt as attorney of record for Mr. Jackson, effective March 3, 2008.

DATED:     March 5, 2008            Respectfully submitted,

                                      **/Joan Jacobs Levie**_____
                                      JOAN JACOBS LEVIE
                                      **Attorney for Defendant**
                                      QUENTIN JACKSON

IT IS SO ORDERED.

Dated:3/4/2008                                    /s/ OLIVER W. WANGER
                                                Oliver W. Wanger,
                                                Judge of the District Court

PDF created with pdfFactory trial version www.pdffactory.com