**JOAN JACOBS LEVIE, #179787**
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559)498-8155
FACSIMILE:  (559)498-8165

Attorney for Defendant, QUENTIN JACKSON

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>QUENTIN JACKSON<br><br>    Defendant. | CASE NO. CR-F-06-134 OWW<br><br>**EX PARTE REQUEST AND ORDER TO UNSEAL DOCUMENTS FOR APPELLATE REVIEW.** |

    Defendant, QUENTIN JACKSON, requests *ex parte* an order to unseal the sealed portion of his sentencing transcript, dated August 27, 2007, pages 5-17, filed with the Clerk, for purposes of the pending appeal of his conviction and sentence.  The sealed portion of the sentencing transcript document an *in camera* hearing outside the presence of the government dealt with the relationship of Mr. Jackson and his attorney Mr. Hammerschmidt as well as Mr. Jackson's request to withdraw his guilty plea, which this court granted.

    This motion is brought on the ground that the appellate brief cannot be properly prepared without the portion of the record described above as it may relate to an issue that fairly debatably may result in a reversal or an order for a new trial.

DATED:  August 25, 2008        Respectfully submitted,

LAW OFFICES OF JOAN JACOBS LEVIE

/S/Joan Jacobs Levie

_____

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

The Court, having reviewed the sealed transcript pages associated with the sentencing hearing of August 27, 2007, pages 5 through 17, finds them suitable to be unsealed for review by appellate counsel for the defendant.

**IT IS HEREBY ORDERED** that the sealed transcript pages 5 through 17, from sentencing hearing of August 27, 2007 be unsealed and released to attorney JOAN JACOBS LEVIE, counsel for Appellant, QUENTIN JACKSON, forthwith.

DATED: August 22, 2008

/s/ OLIVER W. WANGER
OLIVER W. WANGER
Judge of the United States District Court

PDF created with pdfFactory trial version www.pdffactory.com