**JOAN JACOBS LEVIE, #179787**
2014 TULARE STREET, SUITE 528
 FRESNO, CALIFORNIA 93721
 TELEPHONE: (559)498-8155
 FACSIMILE:  (559)498-8165

Attorney for Defendant, QUENTIN JACKSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-F-06-134 OWW |
| Plaintiff, | **EX PARTE REQUEST AND ORDER TO UNSEAL DOCUMENTS FOR APPELLATE REVIEW.** |
| vs. | |
| QUENTIN JACKSON | |
| Defendant. | |

Defendant, QUENTIN JACKSON, requests *ex parte* an order to unseal the sealed portion of a court transcript, dated September, 25, 2006 , filed with the Clerk, for purposes of the pending appeal of his conviction and sentence.  The sealed portion of the transcript documents the relationship of Mr. Jackson and Assistant Federal Defender Robert Rainwater, an earlier attorney for Mr. Jackson, and Mr. Jackson's request for a new attorney, which was subsequently ordered by the court.  Counsel believes the subject matter of the transcript had a direct bearing on her argument in the  appeal of this matter.

This motion is brought on the ground that the appellate brief cannot be properly prepared without the portion of the record described above as it may relate to an issue that fairly debatably may result in a reversal or an order for a new trial.

DATED:  October 21, 2008         Respectfully submitted,

LAW OFFICES OF JOAN JACOBS LEVIE

/S/Joan Jacobs Levie

-1-

PDF created with pdfFactory trial version www.pdffactory.com

-2-

## ORDER

The Court, having reviewed the sealed transcript pages associated with the hearing of September 25, 2006, finds them suitable to be unsealed for review by appellate counsel for the defendant.

**IT IS HEREBY ORDERED** that the sealed transcript pages from hearing of September 25, 2007 be unsealed and released to attorney JOAN JACOBS LEVIE, counsel for Appellant, QUENTIN JACKSON, forthwith.

DATED: October 24, 2008

/s/ OLIVER W. WANGER
OLIVER W. WANGER
Judge of the United States District Court

PDF created with pdfFactory trial version www.pdffactory.com