IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUENTIN JACKSON,<br><br>   Petitioner,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>   Respondent. | No. CV-F-10-2224 OWW<br>(No. CR-F-06-134 OWW)<br><br>ORDER DIRECTING UNITED STATES TO RESPOND TO PETITIONER'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 WITHIN 45 DAYS |

On November 23, 2010, pursuant to the "mailbox rule," Petitioner Quentin Jackson, proceeding *in pro per*, filed a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

Petitioner asserts that this motion is timely and raises multiple grounds for relief based on ineffective assistance of trial and appellate counsel, prosecutorial misconduct, judicial misconduct, and lack of jurisdiction and venue.

Because it cannot be determined from Petitioner's motion whether or not Petitioner is entitled to relief, Respondent is

1

1  **ordered to respond to Petitioner's motion within 45 days of the**
2  **filing date of this Order.  Petitioner's reply, if any, shall be**
3  **filed within 30 days thereafter.  All further proceedings shall**
4  **be by order of the Court.**
5     IT IS SO ORDERED.
6  **Dated:     December 2, 2010**              /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE