UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **QUENTIN JACKSON a/k/a Quintin Jackson,** | CASE NO. 1:06-CR-0134 AWI-1 |
| Petitioner, | ORDER STAYING CASE |
| v. | |
| **UNITED STATES OF AMERICA,** | |
| Respondent. | |

This is a petition for relief from sentence under 28 U.S.C. § 2255.  On February 16, 2017, the Ninth Circuit granted permission to Petitioner to file a successive § 2255 based on the recent Supreme Court decisions in *Johnson v. United States*, 135 S.Ct. 2551 (2015) and *Welch v. United States*, 136 S.Ct. 1257 (2016).  See Doc. No. 134.  Petitioner's petition challenges the constitutionality of 18 U.S.C. § 924(c).  See Doc. No. 136.

Recently, the Ninth Circuit has given other petitioners in this Court a certification under 28 U.S.C. § 2255(h) to pursue a second or successive § 2255 petition based on *Johnson* and *Welch* issues.  See Howard v. United States, E.D. Cal. Docket No. 1:04-CR-5234 AWI at Doc. No. 310; Hughes v. United States, E.D. Cal. Docket No. 1:02-CR-5370 AWI at Doc. No. 114; Burton v. United States, E.D. Cal. Docket No. 1:02-CR-5187 AWI at Doc. No. 80.  As part of the certifications in these cases, the Ninth Circuit suggested that this Court stay the matters pending the Ninth Circuit's resolution of *inter alia United States v. Begay* (Appeal No. 14-10080).  See Howard at Doc. No. 310; Hughes at Doc. No. 114; Burton at Doc. No. 80.  *Begay* involves a

challenge to the constitutionality of 18 U.S.C. § 924(c).  In each of these cases, as well as other similar § 2255 petitions, the Court followed the Ninth Circuit's suggestion and issued stays.

Here, although the Ninth Circuit did not suggest staying this case for a decision in *Begay*, in light of the stays that this Court has issued in other cases, the Court finds that it is prudent to stay this case as well.  The Court will stay this matter pending resolution of *United States v. Begay* (Appeal No. 14-10080) by the Ninth Circuit.  If, at any time prior to a decision by the Ninth Circuit in *Begay*, Petitioner's counsel believes that the stay should be lifted, counsel may file a properly supported motion to lift the stay.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that this case is stayed pending resolution by the Ninth Circuit Court of Appeals of *United States v. Begay* (Appeal No. 14-10080).[1]

IT IS SO ORDERED.

Dated:   February 27, 2017

SENIOR  DISTRICT  JUDGE

---

[1] Again, if Petitioner's counsel believes that the stay should be lifted prior to a decision by the Ninth Circuit in *Begay*, then counsel may file a properly supported motion to lift the stay.

2