UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>QUENTIN JACKSON,<br><br>Defendant. | No. 06-cr-00134-JLT<br><br>ORDER SETTING BRIEFING SCHEDULE FOR PENDING MOTION FOR COMPASSIONATE RELEASE<br><br>(Doc. 143) |

Defendant Quentin Jackson was sentenced in this action on March 3, 2008. (Doc. 61.) On June 14, 2023, defendant filed a motion for compassionate release pursuant to the First Step Act and 18 U.S.C. § 3582(c)(1)(A). (Doc. 143.)

Having reviewed preliminarily Jackson's motion, the Court sets the following briefing schedule: the government shall have 45 days from the date of this Order to file an opposition to defendant's motion, or to notify the Court that it does not intend to oppose the motion. Any reply shall be filed within 30 days of any opposition by the government. The parties are encouraged to stipulate to an alternative briefing schedule in the event that extensions are necessary.

///

///

///

1 | Additionally, the Clerk of the Court is directed to include Sara Thomas with the United
2 | States Attorney's Office (Sara.Thomas@usdoj.gov) in the CM/ECF's Notice of Electronic Filing
3 | in this action.

IT IS SO ORDERED.

Dated: **June 23, 2023**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE