PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>QUENTIN JACKSON,<br><br>Defendant. | CASE NO. 1:06-CR-00134-JLT<br><br>STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); [PROPOSED] ORDER |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on June 14, 2023. Docket No. 143. The Government's response is currently due August 9, 2023. Docket No. 147.

2. Counsel for the government requests additional time to obtain information pertaining to the defendant and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a) The government's response to the defendant's motion to be filed on or before August 28, 2023;

STIPULATION RE BRIEFING SCHEDULE        1

      b)      The defendant's reply to the government's response to be filed on or before September 11, 2023.

IT IS SO STIPULATED.

Dated:  August 8, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: August 8, 2023

HEATHER E. WILLIAMS
Federal Defender

*/s/ Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
QUENTIN JACKSON

## [~~PROPOSED~~] ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a)    The government's response to the defendant's motion, (Docket No. 143), is now due on or before August 28, 2023;

b)    The defendant's reply to the government's response, if any, is due on September 11, 2023.

IT IS SO ORDERED.

Dated:   **August 9, 2023**

*[signature]*
UNITED STATES DISTRICT JUDGE

STIPULATION RE BRIEFING SCHEDULE     2