HEATHER E. JACKSON, Bar #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
QUENTIN JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>QUENTIN JACKSON,<br><br>Defendant. | Case No. 1:06-cr-00134-JLT<br><br>**STIPULATION FOR CONTINUANCE; [PROPOSED] ORDER THEREON** |

On June 14, 2023, Quentin Jackson filed a motion for relief under 18 U.S.C. § 3582(c)(1). The government filed its response on November 15, 2023. Because defense counsel is on leave the week of November 27, 2023 through December 1, counsel is seeking a five-day extension, making Mr. Jackson's reply due on Monday, December 4, 2023. The government does not oppose this request.

PHILLIP A. TALBERT
United States Attorney

DATED: November 27, 2023        By */s/ Jeffrey Spivak*
                                *JEFFREY SPIVAK*
                                Assistant United States Attorney
                                Attorney for Plaintiff

|   |   |
|---|---|
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED:  November 27, 2023 | By */s/ Peggy Sasso*<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>QUENTIN JACKSON |

**ORDER**

IT IS HEREBY ORDERED that the reply brief due on November 29, 2023 is now due on December 4, 2023.

IT IS SO ORDERED.

Dated:   **November 27, 2023**

UNITED STATES DISTRICT JUDGE