HEATHER E. JACKSON, Bar #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
First Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
QUENTIN JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>QUENTIN JACKSON,<br><br>    Defendant. | Case No. 1:06-cr-00134-JLT<br><br>**STIPULATION REGARDING DOCKET ENTRY 188; [**~~PROPOSED~~**] ORDER** |

On April 3, 2025, the Court asked the parties to meet and confer as to whether they believe any redactions are necessary to the Court's Order dated March 30, 2025 (Doc. 188). The parties have reviewed the public filings and, in light of those filings, do not believe any redactions are necessary, and request that the Court's Order dated March 30, 2025 (Doc. 188) be unsealed.

                                             MICHELE BECKWITH
                                             Acting United States Attorney

DATED: April 21, 2025          By */s/ Jeffrey Spivak*
                                             JEFFREY SPIVAK
                                             Assistant United States Attorney
                                             Attorney for Plaintiff

|   |   |
|---|---|
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: April 21, 2025 | By */s/ Peggy Sasso*<br>PEGGY SASSO<br>First Assistant Federal Defender<br>Attorney for Defendant<br>QUENTIN JACKSON |

**ORDER**

Considering the above stipulation and good cause appearing, the Clerk of Court is directed to UNSEAL the Court's Order dated March 25, 2025 (Doc. 188).

IT IS SO ORDERED.

Dated:   **April 22, 2025**

UNITED STATES DISTRICT JUDGE

Jackson: Stipulation

-2-